**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

TONY PERKINS, :
:
    Plaintiff, :
:
v. : CASE NO.: 1:09-CV-60 (WLS)
:
MICHAEL J. ASTRUE, *Commissioner of* :
*Social Security*, :
:
    Defendant. :
_____ :

## **ORDER**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed September 1, 2010. (Doc. 13). It is recommended that the Social Security Commissioner's final decision be reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. 13 at 6). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1), which objection period expired on September 15, 2010. (*See* Doc. 13 at 6; Docket).

    Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Social Security Commissioner's final decision is **REVERSED** and **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g).

    **SO ORDERED**, this  21st  day of September, 2010.

                                             /s/ W. Louis Sands
                                           **THE HONORABLE W. LOUIS SANDS,
                                           UNITED STATES DISTRICT COURT**