IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| TONY PERKINS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 1:09-cv-60 (WLS) |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed October 11, 2011. (Doc. 19). It is recommended that Plaintiff's Motion for Attorney's Fees be granted in part as follows: Plaintiff be awarded fees for his attorney's work in the amount of $5953.58, representing $5515.13 plus $438.45 for 2.5 hours of work to prepare a reply to the Commissioner's Objections to Plaintiff's request for attorney's fees; that the award be paid directly to Plaintiff; and that Plaintiff be given thirty (30) days after the date of the closeout letter to file for fees under 42 U.S.C. § 406 (b). (Doc. 19 at 9).

The Report and Recommendation provided the Parties with fourteen (14) days from the date of its service to file written objections to the recommendations therein. (*Id.*). The period for objections expired on October 25, 2011, and no objections have been filed to date. (*See* generally Docket).

Upon full review and consideration of the record, the Court therefore finds that said Report and Recommendation (Doc. 19) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.

Accordingly, Plaintiff is awarded fees for his attorney's work in the amount of $5953.58, representing $5515.13 plus $438.45 for 2.5 hours of work to prepare a reply to the Commissioner's Objections to Plaintiff's request for attorney's fees; the award is to be paid directly to Plaintiff; and that Plaintiff is given thirty (30) days after the date of the closeout letter to file for fees under 42 U.S.C. § 406 (b).

**SO ORDERED**, this  30th  day of April, 2012.

  /s/ W. Louis Sands  
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**